UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:25CR 00019 DPM |
| | ) | |
| v. | ) | 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5) |
| | ) | 18 U.S.C. § 875(c) |
| PAUL HUTCHESON | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From on and about November 24, 2023, to on or about December 5, 2023, in the Eastern District of Arkansas and elsewhere, the defendant,

PAUL HUTCHESON,

with the intent to harass, intimidate, place under surveillance with intent to harass, and intimidate another person, namely: B.F., used the mail, any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to B.F.

All in violation of Title 18, United State Code, Sections 2261A(2)(B) and 2261(b)(5).

## COUNT 2

On or about the December 4, 2023, in the Eastern District of Arkansas and elsewhere, the defendant,

PAUL HUTCHESON,

did knowingly and willfully transmit in interstate commerce a threat to injure the person of another; to wit, the defendant sent a text message to B.F. and stated he would remove the skin of B.F.'s children and attack B.F. with the remains of B.F.'s children.

All in violation of Title 18, United State Code, Section 875(c)

☐    NO TRUE BILL.                ☑    TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By JORDAN C. CREWS
AR Bar Number 2007299
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: jordan.crews@usdoj.gov