IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

V.                                 NO. 3:25-CR-19-DPM

PAUL HUTCHESON                                                  DEFENDANT

## ORDER

On April 10, 2025, Defendant Paul Hutcheson, appeared with appointed counsel Abigail Obana, for a plea and arraignment hearing. Defendant was advised of the allegations against him and his rights. The Government, represented by Assistant United States Attorney Jordan Crews, moved for Defendant's detention. Defendant, through counsel, agreed to detention, without prejudice to his right to request a detention hearing at a later date.

Defendant is remanded to the custody of the United States Marshal for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

SO ORDERED 10 April 2025.

_____
UNITED STATES MAGISTRATE JUDGE