UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 3:25CR00019-1 DPM |
| | ) | |
| | ) | |
| PAUL HUTCHESON | ) | DEFENDANT |

## MOTION FOR DETENTION HEARING

Paul Hutcheson, through his attorney, Assistant Federal Defender Abigail Obana, moves this Court for a detention hearing and states as follows:

1. On April 1, 2025, Mr. Hutcheson was indicted on two counts. Count One charges him with Cyberstalking, in violation of 18 U.S.C. § 2261A(2)(B) and 18 U.S.C. § 2261(b)(5). Count Two charges him with Interstate Communication of a Threat to Injure, in violation of 18 U.S.C. § 87(c).

2. Mr. Hutcheson was arraigned on April 10, 2025, during which he reserved the right to request a detention hearing at a later date. Mr. Hutcheson now wishes to exercise his right to a detention hearing and respectfully requests that the Court schedule the hearing at its earliest convenience.

3. Accordingly, Mr. Hutcheson respectfully requests release under the least restrictive conditions necessary to reasonably ensure both his appearance in court and the safety of the community.

WHEREFORE, Paul Hutcheson respectfully requests that this Court grant his Motion for Detention Hearing and for all other just and appropriate relief.

2

        Respectfully Submitted,

        LISA G. PETERS
        FEDERAL DEFENDER

By:    Abigail Obana
        Bar Number AR 2019223
        Assistant Federal Defender
        The Victory Building, Suite 490
        1401 West Capitol Ave.
        Little Rock, AR 72201
        (501) 324-6113
        Email: abigail_obana@fd.org

For:   Paul Hutcheson, Defendant